Joseph A. Broderick, as Superintendent of Banks of the State of New York, Plaintiff, v. Max Aaron et al., Defendants; Lillian B. Walder, Respondent, and Benjamin H. Roth et al., Copartners under the Firm Name of D. H. Roth & Co., Appellants.

(Argued January 15, 1936; decided March 3, 1936.)

*Sidney Squire* for appellants.

*Theodore A. Delman* for respondent.

Judgment affirmed, with costs, on the authority of *Broderick* v. *Adamson* (*Greif*) (270 N. Y. 260). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.